COURT OF APPEALS









COURT
OF APPEALS

EIGHTH
DISTRICT OF TEXAS

EL
PASO, TEXAS

 

JOSE SOTO,                                                        )

                                                                              )              No.  08-03-00307-CV

Appellant,                          )

                                                                              )                 Appeal from the

v.                                                                           )

                                                                              )             
120th District Court

DUST-TEX SERVICES, INC.,                             )

                                                                              )         
of El Paso County, Texas

Appellee.                           )

                                                                              )               
(TC# 2002-2655)

                                                                              )

 

MEMORANDUM  OPINION

 

Pending before the
Court is the Appellant=s
motion to dismiss this appeal pursuant to Tex.R.App.P. 42.1(a)(1),
which states:

(a)        On Motion or By Agreement.  The appellate court may dispose of an appeal
as follows:

 

(1)        In accordance with a motion of
appellant, the Court may dismiss the appeal or affirm the appealed judgment or
order unless 
disposition would prevent a party from seeking relief to which it
would otherwise be entitled.

 

The Court has
considered this cause on the appellant=s
motion and concludes the motion should be granted and the appeal should be
dismissed.  We therefore dismiss the
appeal.

April
29, 2004

DAVID WELLINGTON
CHEW, Justice

 

Before Panel No. 3

Barajas, C.J., Larsen, and Chew, JJ.